# IN THE SUPREME COURT OF ALABAMA



## June 14, 2024

**SC-2023-0635**

Ex parte 2215 Northport OpCo LLC and 2215 Northport PropCo LLC PETITION FOR WRIT OF MANDAMUS (In re: Eric J. Anders, as personal representative of the Estate of Charlie G. Sansing, deceased v. 2215 Northport OpCo LLC and 2215 Northport PropCo LLC) (Tuscaloosa Circuit Court: CV-22-900664).

## <u>CERTIFICATE OF JUDGMENT</u>

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on June 14, 2024:

**APPLICATION OVERRULED. NO OPINION.** Mitchell, J. -- Parker, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, Stewart, and Cook, JJ., concur.

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on March 8, 2024:

**PETITION GRANTED; WRIT ISSUED.** Mitchell, J. -- Parker, C.J., and Wise, Bryan, Mendheim, Stewart, and Cook, JJ., concur. Shaw, J., concurs in the result. Sellers, J., concurs in the result, with opinion.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**